1118

No. 81–5499. COHEN v. NEW YORK CITY BOARD OF EDU
CATION ET AL. Appeal from Ct. App. N. Y. dismissed for
want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari
denied.

No. 81–5621. JOHNSON v. AETNA CASUALTY & SURETY
COMPANY OF HARTFORD, CONNECTICUT, ET AL. Appeal
from Sup. Ct. Wyo. dismissed for want of jurisdiction.
Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. JUSTICE
O'CONNOR took no part in the consideration or decision of this
case.

No. 81–176. BOARD OF GOVERNORS OF THE FEDERAL RE
SERVE SYSTEM v. SECURITY BANCORP ET AL. C. A. 9th
Cir. Certiorari granted, judgment vacated as moot, and
case remanded to the Court of Appeals with instructions to
remand the case to the Board of Governors of the Federal
Reserve System to vacate the administrative decision.

No. 81–272. LAVALLEY ET AL. v. NORTHWOOD APART
MENTS. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of
*Fair Assessment in Real Estate Assn.* v. *McNary, ante,*
p. 100.

No. 81–5134. BARKSDALE v. BLACKBURN, WARDEN.
C. A. 5th Cir. Motion of petitioner for leave to proceed *in
forma pauperis* and certiorari granted. The order of dismissal is vacated and the case is remanded for further consideration in light of the position presently asserted by the Attorney General of Louisiana and the District Attorney for the
Parish of Orleans in their memorandum filed November 2,
1981.